| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Rosa Flores et al. | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action H-20-3573 |
| | § | |
| American Medical Systems Inc., et al., | § | |
| | § | |
|    Defendant. | § | |

## Order of Adoption

On July 1, 2022, Magistrate Judge Peter Bray recommended that the court grant Defendants' motion for summary judgment. (40) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on July 19, 2022.

Lynn N. Hughes
United States District Judge